DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2014

| 299P14 | State v. Tremayne Wendell Carroll | Def's PDR Under N.C.G.S. § 7A-31 (COA14-14) | Denied |
|---|---|---|---|
| 305P14 | James B. Taylor Family Limited Partnership, James B. Taylor, and Mary Ann Taylor v. Bank of Granite | 1. Plt's PDR Under N.C.G.S. § 7A-31(COA13-550)<br><br>2. Def's Motion to File Amended Certificate of Service | 1. Denied<br><br>2. Allowed |
| 305P97-5 | State v. Egbert Francis, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Wake County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br><br>2. Allowed<br><br><br>3. Dismissed as Moot |
| 307P14 | State v. Donald G. Barnette, Jr. | 1. Def's *Pro Se* Motion for Appropriate Relief<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed without Prejudice<br><br>2. Allowed |
| 310A14 | State v. Joe Fornecker Smith | 1. Def's NOA Based Upon a Constitutional Question (COA14-34)<br><br>2. State's Motion to Dismiss Appeal | 1. ---<br><br>2. Allowed |
| 312P14 | State v. Charles Benzing | Def's Petition for *Writ of Certiorari* to Review Order of the Superior Court of Wake County | Dismissed |
| 313P14 | Laura H. Roberts (now Huckabee) v. John B. Roberts | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1210) | Denied |
| 314P14 | State v. Helvin Contero Vasquez | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of the COA (COAP14-604)<br><br>2. Def's *Pro Se* Motion to Amend | 1. Dismissed<br><br><br>2. Dismissed as Moot |